IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01160-AP

GIL O. BATY,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

**For Plaintiff**:

    Alan M. Agee, Esq.
    512 S. 8th Street
    Colorado Springs, CO 80905
    (719) 473-1515 (telephone)

**For Defendant:**

    TROY A. EID
    United States Attorney
    KURT BOHN
    Assistant United States Attorney

By:    Debra J. Meachum
    Special Assistant United States Attorney
    Laura Ridgell-Boltz, Assistant Regional Counsel
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    (303) 844-1571

(303) 844-0770 (facsimile)

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    A.     Date Complaint Was Filed: <u>June 16, 2006.</u>
    B.     Date Complaint Was Served on U.S. Attorney's Office: <u>June 19, 2006.</u>
    C.     Date Answer and Administrative Record Were Filed: <u>August 21, 2006</u>.

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff, to the best of his knowledge, states that the administrative record is complete and accurate.**
**Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.**

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff does not intend to submit additional evidence.**
**Defendant does not intend to submit additional evidence.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff, to the best of his knowledge, does not believe the case raises unusual claims or defenses.**
**Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.**

**7. OTHER MATTERS**

**Plaintiff has no other matters to bring to the attention of the court.**
**Defendant has no other matters to bring to the attention of the court.**

**8. PROPOSED BRIEFING SCHEDULE**

    A.     Plaintiff's Opening Brief Due:     **OCTOBER 26, 2006.**

    **B.**     **Defendant's Response Brief Due:**    **NOVEMBER 29, 2006.**
    **C.**     **Plaintiff's Reply Brief (If Any) Due:**   **DECEMBER 11, 2006.**

**9.**     **STATEMENTS REGARDING ORAL ARGUMENT**

    **A. Plaintiff's Statement.**
**Plaintiff requests oral argument.**

    **B. Defendant's Statement:**
**Defendant does not request oral argument.**

**10.**    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.**     **(X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    **B.**     **( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.**    **OTHER MATTERS**

**The parties agree that filing motions for extension of time or continuances will comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.**

**12.**    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.**

DATED this **11th day of September, 2006.**

                                       BY THE COURT:

                                      S/John L. Kane
                                      U.S. DISTRICT COURT JUDGE

**APPROVED:**

**For Plaintiff:**

**s/Alan M. Agee        Date: 09/11/06**
512 S. 8th Street
Colorado Springs, CO 81301
(719) 473-1515 (telephone)
ageealanmpc@qwest.net

**For Defendant:**

TROY A. EID
United States Attorney
KURT BOHN
Assistant United States Attorney

**s/Debra J. Meachum   Date: 09/11/06**
By:   Debra J. Meachum
Special Assistant United States Attorney

Laura Ridgell-Boltz
Assistant Regional Counsel

Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1571
(303) 844-0770 (facsimile)
debra.meachum@ssa.gov
laura.ridgell-boltz@ssa.gov