IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01160-MSK

GIL O. BATY,

       Plaintiff,

v.

JO ANNE B. BARNHART, Acting Commissioner of Social Security,

       Defendant.

### ORDER DENYING PLAINTIFF'S UNOPPOSED MOTION REQUESTING THAT THE COURT AMEND ITS ORDER

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion Requesting that the Court Amend Its Order to Allow the Remanded Case to be Assigned to a New Administrative Law Judge Pursuant to F.R.C.P. Rule 59(e) **(#17).** Having reviewed the Motion, the Court

**ORDERS** that the Motion **(#17) is DENIED.** This matter has been remanded. This Court lacks authority to select or direct the Administrative Law Judge to whom the matter will be assigned.

Dated this 9th day of July, 2007

                            **BY THE COURT:**

                            Marcia S. Krieger
                            United States District Judge