IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01160-MSK

GIL O. BATY,

       Plaintiff,

v.

JO ANNE B. BARNHART, Acting Commissioner of Social Security,

       Defendant.
_____

**ORDER APPROVING STIPULATION TO AN AWARD OF
ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**
_____

       The Court, having reviewed the unopposed Motion for Order to Approve Stipulation to an Award of Attorney Fees under the Equal Access to Justice Act, ("EAJA"), 28 U.S.C. §2412(d) dated October 2, 2007, having reviewed the file and being fully advised,

       **HEREBY ORDERS** that the stipulation for attorney fees under the EAJA is approved, and Defendant is ordered to pay the amount of $4,500.00 to Plaintiff's attorney, as assignee for Plaintiff, for attorney fees under the EAJA.

       DATED this 4th day of October, 2007.

       BY THE COURT:

       *Marcia S. Krieger*
       _____
       Marcia S. Krieger
       United States District Judge