IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01160-MSK

GIL O. BATY,

    Plaintiff,

v.

JO ANNE B. BARNHART, Acting Commissioner of Social Security,

    Defendant.
_____

### ORDER
_____

THIS MATTER comes before the Court *sua sponte*. On September 25, 2007, Plaintiff filed a Motion for Attorney Fees **(#23)**. Thereafter, the parties in this matter entered into a stipulation as to attorney fees and filed a Stipulated Motion for Attorney Fees (#27). That stipulation was approved by Order dated October 4, 2007 (#29). Accordingly, the Motion for Attorney Fees **(#23)** is **DENIED AS MOOT**.

DATED this 5th day of October, 2007.

                          **BY THE COURT:**

                          _____
                          Marcia S. Krieger
                          United States District Judge